## SANBORN v. RANDALL.

One of several owners in common may maintain an action on a lease for all
the rent when it is payable to him, and the lease is signed by no other
owner.   But if the right of one of the other owners to recover his share
of the rent is disputed, he may be joined as a plaintiff for the trial of
this part of the case.

DEBT, for rent.  Facts found by the court.  Rent is due from
the defendant on a sealed lease, which is signed by him as lessee,
and by the plaintiff, Sanborn, as lessor.  The leased premises
belonged to Sanborn, Stowell, and others.  The lease (in which
Sanborn "and others" are described as the lessors) was signed by
none of the owners but Sanborn, at the request of the defendant,
who preferred to deal with Sanborn alone.  The defendant has
been succeeded in the occupation of the premises by others, who
agreed to pay the rent, and gave him a bond of indemnity against
his liability for the rent, and on that bond Stowell is a surety.
The defendant objects that the action cannot be maintained with-
out joining all the other owners as plaintiffs, and that Stowell can-
not be a plaintiff.  The plaintiff has leave to amend.

*I. Colby*, for the plaintiff.

*H. W. Parker*, for the defendant.  As Stowell cannot recover
what he is bound to pay (*Snow* v. *Fletcher*, 43 N. H. 642) he can-
not be a plaintiff, and the action cannot be maintained by Sanborn
alone.  *Mussey* v. *Holt*, 24 N. H. 248 ; *Kenniston* v. *Ham*, 29
N. H. 501, 509 ; *Great Falls Co.* v. *Worster*, 15 N. H. 412, 460.

DOE, C. J.  An amendment is not necessary for the mainte-
nance of the action.  The defendant's promise may be enforced by
the promisee.  1 Ch. Pl. 3 ; Dic. Par. 103, 135, 136 ; Sto. Ag.,
s. 422 ; *Berkeley* v. *Hardy*, 5 B. & C. 355 ; *Humble* v. *Hunter*, 12
Q. B. 310, 313, 315 ; *Winchester* v. *Howard*, 97 Mass. 303, 305.
If convenience required the other owners to be joined as plaintiffs,
the right of the parties to the best inventible procedure would
prevail over the ancient rules.  The justice of Stowell's share
of the rent being recovered in this suit may be considered at the
trial term.  If the defendant demands a trial of that point, Stowell
should be made a party, that there may be no question of his being
bound by the judgment.

*Case discharged.*

ALLEN and BLODGETT, JJ., did not sit: the others concurred.